## CLEVELAND, C., C. & ST. L. RY. CO. v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. January 11, 1923.)

No. 3709.

Internal revenue ☞28—Recovery of interest on excise tax which draws interest was properly included in judgment.

 Since the excise tax levied by Act Aug. 5, 1909, § 38, itself draws interest, it was proper to include such interest in judgment for the recovery of the tax.

In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge.

Action by the United States against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. Judgment for the United States, and defendant brings error. Affirmed.

See, also, 242 Fed. 18.

Harmon, Colston, Goldsmith & Hoadly, of Cincinnati, Ohio, for plaintiff in error.

Thos. H. Morrow, U. S. Atty., of Cincinnati, Ohio.

Before KNAPPEN, DENISON, and DONAHUE, Circuit Judges.

PER CURIAM. It appearing that the excise tax for which recovery was had herein (Act Aug. 5, 1909, c. 6, § 38, 36 Stat. 112) itself drew interest (Billings v. United States, 232 U. S. 261, 284, et seq., 34 Sup. Ct. 421, 58 L. Ed. 596), and that its inclusion in the recovery was thus proper, the judgment of the District Court is affirmed.